**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1790

MARK A. PANOWICZ,

                    Plaintiff – Appellant,

          v.

SHARON L. HANCOCK, in individual capacity; SHARON L.
HANCOCK, Clerk of the Circuit Court for Charles County (in
official capacity),

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:11-cv-02417-DKC)

Submitted:  October 22, 2013          Decided:  October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mark A. Panowicz, Appellant Pro Se. Hugh Scott Curtis, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Panowicz seeks to appeal the district court's order denying the parties' cross-motions for reconsideration of the court's order granting in part and denying in part Defendant's motion to dismiss Panowicz's civil action and denying Panowicz's motion for leave to amend his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Panowicz seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED